**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-6144**

---

JOEY D. SCOTT,

> Plaintiff - Appellant,

v.

HUDGINS, Sgt.; MATTHEW PENNELL; KEITH WHITENER; BOYD BENNETT,

> Defendants - Appellees.

---

Appeal from the United States District Court for the Western District of North Carolina, at Statesville.  Graham C. Mullen, Senior District Judge.  (5:08-cv-00137-GCM)

---

Submitted:  July 25, 2024                          Decided:  July 30, 2024

---

Before GREGORY, HARRIS, and QUATTLEBAUM, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Joey D. Scott, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joey D. Scott seeks to appeal the district court's order denying his Fed. R. Civ. P. 60(b) motion to vacate the district court's 2008 order denying relief on his 42 U.S.C. § 1983 complaint.* We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Scott v. Hudgins*, No. 5:08-cv-00137-GCM (W.D.N.C. Jan. 30, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

* We affirmed the district court's order denying relief on Scott's § 1983 complaint. *Scott v. Hudgins*, 334 F. App'x 554 (4th Cir. 2009) (No. 09-6051).